DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
JULIE M. GLOSSON, Trial Attorney (#230709)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: julie.m.glosson@usdoj.gov

Attorneys for Acting United States Trustee
 SARA L. KISTLER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | Case No. 10-30915 TEC |
| ) | |
| **BERTALAN TOTH and** ) | Chapter 7 |
| **WENDY KAY TOTH,** ) | |
| ) | |
| ) | |
| Debtors. ) | |
| ) | |

**UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE
FOR ABUSE UNDER 11 U.S.C. § 707(b)(2)**

Sara L. Kistler, Acting U.S. Trustee for the Northern District of California - Region 17, ("U.S. Trustee") moves the Court to enter an order dismissing this chapter 7 case as an abuse because the presumption of abuse arises under 11 U.S.C. § 707(b)(2).

Dismissal is appropriate because Debtors concede the presumption of abuse arises and they have more than $1,800/month in disposable income. On May 19, 2010, Debtors filed a First Amended Chapter 7 Statement of Current Monthly Income and Means Test Calculation - Form 22A ("First Amended Means Test") showing presumption arises. On June 1, 2010, the U.S. Trustee filed the statement of presumed abuse. The U.S. Trustee is filing this Motion to preserve her rights while concurrently investigating whether there are grounds to dismiss the case under 11 U.S.C. § 707(b)(3).

On June 28, 2010, the U.S. Trustee filed a motion to extend the deadline to file a motion to dismiss the case under 11 U.S.C. § 707(b)(3) and/or a complaint to object to Debtors' discharge from June 28, 2010 to August 27, 2010.

## I. STATEMENT OF FACTS

1. Bertalan Toth and Wendy Kay Toth ("Debtors") filed a voluntary petition for relief under chapter 7 of the United States Bankruptcy Code on March 17, 2010 with the assistance of attorney Nathan Young of Mesa Law Group..

2. Debtors reported total assets of $1.6 million consisting of their primary residence in Belmont, CA, a second home in Kings Beach, CA, and an investment lot in Maricopa County, AZ. Debtors reported total liabilities of $1.87 million. Debtors identified their debt as primarily consumer debt.

3. Debtors are married to each other and claim one child, age 4, as a dependent on Amended Schedule I and Amended Means Test.

4. Debtor Bertalan Toth is self-employed as a fabricator through Vertex Marble & Granite. He reported on Amended Schedule I his gross income as $2,500 a month. His Joint Debtor spouse, Wendy Kay Toth, is a self-employed consultant. She reported on Amended Schedule I her gross income as $13,000 a month.

5. Debtors reported on their First Amended Means Test that they intend to retain their primary residence and also their second home. Even with two mortgages, Debtors still have monthly disposable income of $1,855 and the presumption of abuse arises. The U.S. Trustee is unaware of special circumstances to rebut the presumption.

6. The U.S. Trustee will set this motion for hearing, file a memorandum of points and authorities, and supporting declaration, after determination is made on whether to proceed under 11 U.S.C. § 707(b)(3).

## II. PRAYER FOR RELIEF

WHEREFORE, the U.S. Trustee respectfully requests the Court enter an order dismissing this case as an abuse of the provisions of chapter 7, and for any other relief as the Court deems just and proper.

Dated: July 1, 2010

Respectfully submitted,
Sara L. Kistler, Acting U.S. Trustee
By: /s/ Julie M. Glosson, 230709
Attorney for the U.S. Trustee